NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ALAN LEVE,                              )
                                       )
         Appellant,                    )
                                       )
v.                                     )      Case No. 2D16-4187
                                       )
STATE OF FLORIDA,                      )
                                       )
         Appellee.                     )
_____)

Opinion filed March 27, 2019.

Appeal from the Circuit Court for Polk
County; Wayne M. Durden, Judge.

Robin H. Stevenson, Bartow, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Peter Koclanes,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.

         Affirmed.


KELLY, BADALAMENTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.